# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                         CASE NO: 8:19-cr-329-CEH-AAS

KEVIN MCGARRY

_____

## FINAL REVOCATION HEARING

Pursuant to the Report of Preliminary Supervised Release Revocation Hearing of the United States Magistrate Judge (Doc.72), entered April 14, 2022, a Final Revocation Hearing was previously scheduled for May 19, 2022 at 11:00 AM before the undersigned and will proceed as scheduled.

**DONE and ORDERED** in Tampa, Florida this 4th day of May 2022.

*[Signature]*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services